# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



14 MAR -7 PM 1:04

| UNITED STATES OF AMERICA, | CASE NO. 13CR3806-CAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| PABLO OREA-MARTINEZ, | |
| Defendant. | |

 IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

Title 21, U.S.C., Secs. 952 and 960 - Importation of Heroin

 IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 6, 2014

Cathy Ann Bencivengo
U.S. District Judge